UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JUSTIN T. QUINN |
| | : | |
| v. | : | Mag. No. 25-6052 (JTQ) |
| | : | |
| HECTOR RIANO-CORCUERA | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Jonathan S. Garelick, Special Assistant U.S. Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(f) to detain the Defendant, Hector Riano-Corcuera, in the above-entitled matter pending a detention hearing scheduled for July 1, 2025 at 2:00 p.m. at the United States District Court, Trenton, New Jersey; and the Defendant (by Andrea G. Aldana, Assistant Federal Public Defender, appearing), having consented to detention pending the aforementioned hearing; and for good cause shown:

IT IS, therefore, on this 27th day of June, 2025,

ORDERED, pursuant to Title 18, United States Code, Section 3142(f), pending the detention hearing scheduled for July 1, 2025 at 2:00 p.m. at the United States District Court, Trenton, New Jersey, that the Defendant, Hector Riano-Corcuera, be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States marshal for the purpose of appearances in connection with court proceedings.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE